**2015 UT App 228**

## THE UTAH COURT OF APPEALS

ADAM SCOTT HASLAM,
Appellant,
*v.*
SALT LAKE CITY,
Appellee.

Per Curiam Decision
No. 20130837-CA
Filed September 11, 2015

Third District Court, Salt Lake Department
The Honorable L.A. Dever
No. 130900826

Michael P. Studebaker, Attorney for Appellant

Padma Veeru-Collings and Steven L. Newton,
Attorneys for Appellee

Before JUDGES J. FREDERIC VOROS JR., STEPHEN L. ROTH, and
JOHN A. PEARCE.

PER CURIAM:

¶1      Adam Scott Haslam appeals the trial court's denial of his petition for post-conviction relief. He argues that he is entitled to relief because Salt Lake City failed to disclose exculpatory evidence regarding arresting officer Trooper Lisa Steed's performance and disciplinary records. However, this court has recently decided issues identical to the one Haslam raises. *See Monson v. Salt Lake City*, 2015 UT App 136, 351 P.3d 851; *Magallanes v. South Salt Lake City*, 2015 UT App 154.

¶2      This court concluded that evidence of Trooper Steed's professional misconduct was merely impeachment evidence rather than exculpatory evidence. Accordingly, the City had no obligation to disclose the evidence prior to the entry of a guilty

plea. *Monson*, 2015 UT App 136, ¶¶ 10–11; *see also Magallanes*, 2015 UT App 154, ¶ 7. Additionally, the Post-Conviction Remedies Act provides no relief for newly discovered impeachment evidence. *See* Utah Code Ann. § 78B-9-104(1)(e)(iii) (LexisNexis 2012). Haslam's claims are the same as those raised in *Monson* and *Magallanes* are resolved by those decisions.

¶3     Affirmed.

———————